UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br><br>　　　Lizette Tolentino<br><br><br>　　　　　　　　　Debtor | Chapter 13<br><br>Bankruptcy No. 23-12453-PMM |

CERTIFICATE OF SERVICE

　　　I, Kristen Gliem, do hereby certify that true and correct copies of the foregoing *Trustee's Motion to Dismiss Pursuant to 11 U.S.C. Section 1307* and *Notice of Motion, Response Deadline and Hearing Date Pursuant to Local Bankruptcy Rule 9014-3* have been served this 8th day of January, 2024 by first class mail upon those listed below:

Lizette Tolentino
1414 S Race St
Allentown, PA  18103-3468

**Electronically via ECF/System ONLY:**

CIBIK LAW, PC

Dave P. Adams, Esq.
Office of the United States Trustee

　　　　　　　　　　　　　　　　　　　*/s/ Kristen Gliem*
　　　　　　　　　　　　　　　　　　　Kristen Gliem
　　　　　　　　　　　　　　　　　　　for
　　　　　　　　　　　　　　　　　　　Scott F. Waterman, Esq.
　　　　　　　　　　　　　　　　　　　Standing Chapter 13 Trustee