UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re: | Chapter 13
Lizette Tolentino | Bankruptcy No.23-12453-PMM

Debtor |

<u>CERTIFICATE OF SERVICE</u>

I, Kristen Gliem, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtor* filed in the above-referenced case has been served this 8th day of January, 2024, by first class mail upon those listed below:

Lizette Tolentino
1414 S Race St
Allentown, PA  18103-3468

**<u>Electronically via CM/ECF System Only:</u>**

CIBIK LAW, PC
% MICHAEL A CIBIK ESQ
1500 WALNUT STREET STE 900
PHILADELPHIA, PA  19102

*/s/ Kristen Gliem*
Kristen Gliem
for
Scott F. Waterman, Esquire
Standing Chapter 13 Trustee