United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 23-12453-pmm
Lizette Tolentino  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4  User: admin  Page 1 of 4
Date Rcvd: Feb 01, 2024  Form ID: pdf900  Total Noticed: 52

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 03, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Lizette Tolentino, 1414 S Race St, Allentown, PA 18103-3468 |
| 14810853 | + | E-Z Pass Pennsylvania, 300 East Park Dr, Harrisburg, PA 17111-2729 |
| 14809083 | + | E-ZPass New Jersey, 375 McCarter Highway, Newark, NJ 07114-2562 |
| 14809084 | + | First Federal Svgs & L, Pob 61047, Harrisburg, PA 17106-1047 |
| 14809087 | + | Hladik Onorato & Federman, 298 Wissahickon Avenue, North Wales, PA 19454-4156 |
| 14810860 | | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 14810861 | + | Repwest Insurance Company, 2721 N Central Ave, Phoenix, AZ 85004-1121 |
| 14810856 | | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |
| 14809099 | | UGI Utilities Inc., 460 N Gulph Rd, Kng of Prussa, PA 19406-2815 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Feb 02 2024 00:26:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Feb 02 2024 00:26:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14809073 | | Email/Text: bncnotifications@pheaa.org | Feb 02 2024 00:26:00 | AES/PHEAA, Attn: Bankruptcy, PO Box 2461, Harrisburg, PA 17105-2461 |
| 14809074 | | Email/Text: bncnotifications@pheaa.org | Feb 02 2024 00:26:00 | AES/PNC Bank, Attn: Bankruptcy, PO Box 2461, Harrisburg, PA 17105-2461 |
| 14809072 | + | Email/Text: bankruptcy@acimacredit.com | Feb 02 2024 00:26:00 | Acima Credit, 4th Floor, 9815 South Monroe Street, Sandy, UT 84070-4384 |
| 14811382 | + | Email/Text: bankruptcy@acacceptance.com | Feb 02 2024 00:26:00 | American Credit Acceptance, 961 East Main Street, Spartanburg, SC 29302-2149 |
| 14809075 | ^ | MEBN | Feb 02 2024 00:18:46 | American Credit Acceptance LLC, Po Box 4419, Wilmington, OH 45177-4419 |
| 14809077 | + | Email/Text: caineweiner@ebn.phinsolutions.com | Feb 02 2024 00:26:00 | Caine & Weiner, Attn: Bankruptcy, 5805 Sepulveda Blvd, Sherman Oaks, CA 91411-2546 |
| 14809078 | | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 02 2024 00:30:43 | Capital One Auto Finance, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14808808 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 02 2024 00:31:08 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14818549 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 02 2024 00:41:53 | Capital One Auto Finance, a division of Capital On, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14809079 | ^ | MEBN | | |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| 14809080 | + | Email/Text: dylan.succa@commercialacceptance.net | Feb 02 2024 00:18:31 | Chime/Stride Bank, Attn: Bankruptcy, PO Box 417, San Francisco, CA 94104-0417 |
| | | | Feb 02 2024 00:26:00 | Commercial Acceptance Company, Attn: Bankruptcy Attn: Bankruptcy, 2300 Gettysburg Road , Suite 102, Camp Hill, PA 17011-7303 |
| 14809081 | + | Email/Text: bankruptcy@credencerm.com | Feb 02 2024 00:26:05 | Credence Resource Management, LLC, Attn: Bankruptcy 4222 Trinity Mills Road, Dallas, TX 75287-7666 |
| 14809082 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Feb 02 2024 06:58:00 | Credit Collection Services, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 14810855 | | Email/Text: BKRPY@DitcheyGeiger.com | Feb 02 2024 00:26:00 | Ditchey Geiger LLC, 7123 Pearl Rd Ste 400, Cleveland, OH 44130 |
| 14809089 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 02 2024 00:31:34 | Macys/fdsb, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 14838268 | | Email/Text: ECMCBKNotices@ecmc.org | Feb 02 2024 00:26:00 | ECMC, PO Box 16408, St. Paul, MN 55116-0408 |
| 14809085 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Feb 02 2024 00:31:33 | First Premier Bank, Attn: Bankruptcy, PO Box 5524, Sioux Falls, SD 57117-5524 |
| 14809086 | | Email/Text: FirstProgressCorrespondence@acttoday.com | Feb 02 2024 00:26:00 | First Progress, Attn: Bankruptcy, PO Box 9053, Johnson City, TN 37615-9053 |
| 14809088 | ^ | MEBN | Feb 02 2024 00:18:36 | Lendmark Financial Services, Attn: Bankruptcy Attn: Bankruptcy, 1735 North Brown Rd , Ste 300, Lawrenceville, OH 30043-8228 |
| 14809090 | ^ | MEBN | Feb 02 2024 00:18:47 | MNGH, Llc., Attn: Bankruptcy 5401 W Kennedy Blvd #1, Tampa, FL 33609-2428 |
| 14822349 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Feb 02 2024 00:26:00 | New Jersey Turnpike Authority, Ramon de la Cruz, NJ Turnpike Authority, 1 Turnpike Plaza, P.O Box 5042, Ramon de la Cruz, NJ Turnpike Authority, Woodbridge, NJ 07095 |
| 14809091 | + | Email/PDF: pa_dc_claims@navient.com | Feb 02 2024 00:30:49 | Navient, Attn: Bankruptcy, PO Box 9640, Wilkes-Barr, PA 18773-9640 |
| 14810858 | | Email/Text: fesbank@attorneygeneral.gov | Feb 02 2024 00:26:00 | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120 |
| 14819053 | + | Email/Text: bncnotifications@pheaa.org | Feb 02 2024 00:26:00 | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 14809092 | ^ | MEBN | Feb 02 2024 00:18:55 | PPL Electric Utilities, 827 Hausman Road, Allentown, PA 18104-9392 |
| 14810859 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 02 2024 00:26:00 | Pennsylvania Department of Revenue, Bankruptcy Division, Po Box 280946, Harrisburg, PA 17128-0946 |
| 14825573 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Feb 02 2024 00:26:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 14809093 | + | Email/PDF: resurgentbknotifications@resurgent.com | Feb 02 2024 00:31:11 | Resurgent Capital Services, Attn: Bankruptcy, PO Box 10497, Greenville, SC 29603-0497 |
| 14812495 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 02 2024 00:31:08 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14809076 | | Email/Text: bankruptcy@self.inc | Feb 02 2024 00:26:00 | Atlantic Capital Bank, Attn: Bankruptcy Attn: Bankruptcy, 945 East Paces Ferry Road , 16th Floor, Atlanta, GA 30326 |
| 14809094 | + | Email/Text: bankruptcy.notices@sunrisebanks.com | Feb 02 2024 00:26:00 | Sunrise Banks, Attn: Bankruptcy 200 University Avenue W, Saint Paul, MN 55103-2075 |
| 14809095 | + | Email/PDF: ebn_ais@aisinfo.com | Feb 02 2024 00:31:30 | T Mobile, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

| District/off: 0313-4 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Feb 01, 2024 | Form ID: pdf900 | Total Noticed: 52 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14809096 | | Email/Text: jaxbanko@td.com | Feb 02 2024 00:25:00 | TD Auto Finance, Attn: Bankruptcy, PO Box 9223, Farmington Hills, MI 48333-9223 |
| 14809097 | + | Email/Text: bankruptcydepartment@tsico.com | Feb 02 2024 00:26:00 | Transworld System Inc, PO Box 15630, Wilmington, DE 19850-5630 |
| 14810857 | ^ | MEBN | Feb 02 2024 00:18:39 | U.S. Department of Justice, 950 Pennsylvania Ave NW, Washington, DC 20530-0009 |
| 14809098 | | Email/Text: bankruptcynotices@sba.gov | Feb 02 2024 00:26:00 | U.S. Small Business Admin., Office of General Counsel, 409 3rd St Sw, Washington, DC 20416-0011 |
| 14817243 | | Email/Text: bkrcy@ugi.com | Feb 02 2024 00:26:00 | UGI Utilities, Inc., PO Box 13009, Reading, PA 19612 |
| 14809101 | | Email/Text: membersolutions@visionsfcu.org | Feb 02 2024 00:26:00 | Visions FCU, Attn: Bankruptcy 24 McKinley Ave, Endicott, NY 13760 |
| 14809102 | | Email/Text: membersolutions@visionsfcu.org | Feb 02 2024 00:26:00 | Visions Federal Credit Union, 24 McKinley Ave, Endicott, NY 13760 |
| 14822740 | + | Email/PDF: ebn_ais@aisinfo.com | Feb 02 2024 00:31:34 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14809100 | | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Feb 02 2024 00:25:00 | Verizon, Po Box 15124, Albany, NY 12212-5124 |

TOTAL: 43

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | * | ECMC, PO Box 16408, St. Paul, MN 55116-0408 |
| 14810854 | *+ | E-ZPass New Jersey, 375 McCarter Highway, Newark, NJ 07114-2562 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 03, 2024          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 1, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| MICHAEL A. CIBIK | on behalf of Debtor Lizette Tolentino mail@cibiklaw.com cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@kramerica.enterprises;ecf@michaelscottpaper.co;ecf@nalabean.gg |
| MICHAEL I. ASSAD | on behalf of Debtor Lizette Tolentino mail@cibiklaw.com |

District/off: 0313-4 | User: admin | Page 4 of 4
Date Rcvd: Feb 01, 2024 | Form ID: pdf900 | Total Noticed: 52

cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com;ecf@kramerica.enterprises;ecf@michaelscottpaper.co;ecf@nalabean.gg

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 4

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:

    Lizette Tolentino

        Debtor

Chapter 13

Bankruptcy No. 23-12453-PMM

### ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

**Date: February 1, 2024**

_____
PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE